**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 12-cv-00640-CMA-BNB

JOHNN A. VIDMAR,

      Plaintiff,

v.

LT. COOPER, K.C.C.F, and
LT. FRANK, K.C.C.F,

      Defendants.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 30, 2012**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

This case was referred to United States Magistrate Judge Boyd N. Boland

pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72.  (Doc. # 15.)  On November 30,

2012, Judge Boland issued a Recommendation, advising that Defendant's Motion to

Dismiss (Doc. # 17) be denied as moot and that this action be dismissed for lack of

jurisdiction.  (Doc. # 25.)  The Recommendation stated that "the parties have 14 days

after service of this recommendation to serve and file specific, written objections."  (*Id.*

at 4 n.3.)  It also informed the parties that "failure to serve and file specific, written

objections waives *de novo* review of the recommendation by the district judge."  (*Id.*)

No party has filed objections.[1]

---

[1] On December 10, 2012, the copy of Judge Boland's Recommendation that had been sent to
Plaintiff was returned to the Court as undeliverable.  (*See* Doc. # 26.)  A handwritten note on the
envelope reads, "no longer here" and "no forwarding."  (*Id.*)  All parties, including those
proceeding *pro se,* have an obligation to keep the Court apprised of their current address.  *See*
D.C.COLO.LCivR 10.1M.  To the extent the Court was unable to provide Plaintiff with a copy of
the Recommendation, the fault lies with Plaintiff.

"In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings")).  Having reviewed the Recommendation and the filings to which it relates, the Court discerns no clear error on the face of the record and finds that Judge Boland's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 25) is AFFIRMED and ADOPTED as an Order of this Court.  Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. # 17) is DENIED AS MOOT and that this action is DISMISSED in its entirety for lack of jurisdiction.

DATED:  December 21, 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge